**Order entered September 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00230-CR
### No. 05-18-00231-CR

**ILONA ELISABETH SCHEEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76584-W, F14-76585-W**

## ORDER

The Court **REINSTATES** the appeals.

On August 28, 2018, we abated the appeals and ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 5, 2018, we received appellant's brief, along with a motion to extend the time to file the brief. Therefore, in the interest of expediting the appeals, we **VACATE** the August 28, 2018 order requiring findings.

WE **GRANT** appellant's September 5, 2018 motion to extend the time for filing appellant's brief and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE